

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-11-00333-CV |
| Trial Court Cause Number: | 0851588 |
| Style: | Andrew Whallon, Dahlia Garcia and Richard Grayshaw |
| | **v** City of Houston |
| Date motion filed[*]: | September 29, 2014 |
| Type of motion: | Motion for En Banc Reconsideration of its Motion for Leave to File Amended Briefs |
| Party filing motion: | Appellants |
| Document to be filed: | no |

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually   ☒ Acting for the Court

Panel consists of  Chief Justice Sherry Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: February 5, 2015